BANKERS CREDIT SERVICE OF VERMONT, INCORPORATED
v. JOSEPH P. GENERO.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES VITACCO.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM LEE WILLIAMS.

June 16, 1982.

Petition for certification denied.

RICHARD J. ROWE v. GOLDEN WEST TELEVISION
PRODUCTIONS.

June 16, 1982.

Petition for certification denied.  (See 184 *N.J.Super.* 264)